

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Borderline Management, LLC,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. C46164-1.

Vs. No. 11-19-00152-CV

\* March 5, 2020

Suzann Ruff,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court insofar as it awarded $14,355 to Suzann Ruff for attorney's fees, and we remand that issue to the trial court for a redetermination of the amount of attorney's fees that Suzann Ruff is entitled to receive. In all other respects, the order of the trial court is affirmed. The costs incurred by reason of this appeal are taxed against Borderline Management, LLC.